UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No.  CR 09-0863 JSW |
| v. | |
| DIANA EVENGELINE FEIL, | **ORDER RE REIMBURSEMENT OF CJA COSTS** |
| Defendant(s). | |

    Diana Evangeline Feil is the defendant in this criminal matter whom I have found eligible for appointment of counsel under the Criminal Justice Act.  That finding was based largely on the fact that while she and her husband have ownership interests in a variety of properties, it does not appear that they currently have any meaningful equity to obtain counsel.  However, if the economy improves, the value of their property may increase which might enable Ms. Feil to reimburse the government for part or all of the cost of her attorney.  Since making this finding, Ms. Feil was indicted.  The indictment seeks forfeiture of many of these properties.  It therefore seems best to defer a decision on reimbursement

1

1  to the conclusion of this case.

2  **IT IS THEREFORE ORDERED** that if at the conclusion of this
3  case the government believes Ms. Feil has sufficient assets to
4  reimburse the Court for some or all of her counsel's cost, it
5  shall file an appropriate motion before me.

6  **IT IS FURTHER ORDERED** that the initial $5,000 assessment
7  is **STAYED**.

8  Dated: October 9, 2009

```
                              _____
                                   Bernard Zimmerman
                              United States Magistrate Judge
```

G:\BZALL\CRIMINAL\ORDERS\ORDERS.09\DIANA EVANGELINE FEIL APPT OF COUNSEL ORD.wpd

2