```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12                               )   No. CR09-0863 JSW (BZ)
              Plaintiff(s),      )
13                               )
        v.                       )   ORDER REJECTING DEFENDANT
14                               )   DIANA FEIL'S EX PARTE
                                 )   APPLICATION TO FILE
15  SCOTT ERIC FEIL,             )   DOCUMENTS UNDER SEAL AND
                                 )   SCHEDULING FURTHER DISCOVERY
16                               )   CONFERENCE
              Defendant(s).      )
17  _____)
```

18      **IT IS HEREBY ORDERED** that defendant Diana Feil's
19 Application to file documents under seal is **DENIED** for failure
20 to provide a declaration making an adequate showing of good
21 cause to seal these documents, as required by Crim. L.R. 17-
22 2(a)(1).  Furthermore, the Court doubts whether good cause can
23 be shown in as much as the government was apprised of this
24 theory of defense at the earlier discovery conferences when
25 the defense asked the government to produce the requested
26 documents that were in its possession.  Rather than expending
27 the effort to see is there is a proper basis for sealing this
28 request, **IT IS ORDERED** that a further discovery conference is

| | |
|---|---|
| 1 | scheduled for **Wednesday, May 26, 2010 at 1:30 p.m.**, in |
| 2 | Courtroom G, 15th Floor, Federal Building, 450 Golden Gate |
| 3 | Avenue, San Francisco, California 94102.  Among the topics to |
| 4 | be discussed are: |
| 5 | 1.  Whether any of the documents sought from other |
| 6 | federal agencies sufficiently are in the possession, custody |
| 7 | or control of the government such that they should be produced |
| 8 | under Rule 16 and a subpoena is not necessary.  See |
| 9 | US v. Stevner, 2010 W.L. 1757926 (9th Cir.)  See also Ogden, |
| 10 | Guidance for Prosecutors Regarding Criminal Discovery (pp 2-5) |
| 11 | available at: |
| 12 | http://www.justice.gov/dag/discovery-guidance.html |
| 13 | 2.  Whether the scope of the government's duties under |
| 14 | Brady v. Maryland obligates the government to obtain and |
| 15 | review the documents sought from the Los Angeles Police |
| 16 | Department. |
| 17 | Dated: May 18, 2010 |
| 18 | |
| 19 | Bernard Zimmerman<br>United States Magistrate Judge |
| 20 | |
| 21 | G:\BZALL\CRIMINAL\ORDERS\ORDERS.2010\DIANA FEIL ORDER DENYING MOTION TO SEAL AND PRODUCE.wpd |