1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff(s), | ) ) | No.  CR 09-00863 JSW (BZ) |
| v. | ) ) | **ORDER** |
| SCOTT ERIC FIEL, | ) ) | |
| Defendant(s). | ) ) | |

Following a hearing, held on May 26, 2010, **IT IS ORDERED** as follows:

 1.  The government's application to reconsider defendant Diana Fiel's financial eligibility for court appointed counsel is **DENIED** without prejudice.

 2.  The Court understands that the DEA remains in possession of approximately $186,000 in currency seized in March of 2005 and that the UMCC has made a claim to that currency.  Based on the information adduced at the hearing, if the DEA determines that any portion of the currency is owed to the Fiels, it shall deposit one half of that amount with the Court so the Court may determine whether it should be applied

1  to reimburse the Court for some of the costs of Diana Fiel's
2  court-appointed counsel.
3      3.  Defendant Diana Fiel's application for a sealing
4  order on her ex parte application for subpoenas has been
5  **DENIED** for failing to comply with Local Rule 79-5.  Diana Fiel
6  **SHALL** file a public version of the application by **MAY 28,**
7  **2010.**  Upon receiving the public version of that document, the
8  Court will rule on the Application for an Order Permitting
9  Rule 17(c) Supoenas Duces Tecum as indicated in court.
10 Dated: May 26, 2010

                              _____
                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.2010\USA V. FEIL\ORDER.wpd