UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. CR 09-00863 JSW (BZ) |
| v. | **BRIEFING ORDER** |
| SCOTT ERIC FIEL, | |
| Defendant(s). | |

Any opposition to Defendant Diana Feil's Motion to Compel Discovery (Doc. No. 165) or the Government's Motion to Quash (Doc. No. 170) **SHALL** be filed by **September 8, 2010.** Any replies shall be filed by **September 15, 2010.**

Dated: 30 Aug 2010

Bernard Zimmerman
United States Magistrate Judge

\\Candsf\data\Users\BZALL\CRIMINAL\ORDERS\ORDERS.2010\USA V. FEIL\BRIEFING ORD.wpd

1