UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | No. CR 09-0863 JSW (BZ) |
| ) | |
| v. ) | |
| ) | **BRIEFING ORDER** |
| SCOTT ERIC FEIL, ) | |
| DIANA EVANGELINE FEIL, ) | |
| STEVEN ARTHUR SWANSON, ) | |
| THOMAS LEE CARTER, ) | |
| BRETT BASSIGNANI, ) | |
| ) | |
| Defendant(s). ) | |
| ——————————————————) | |

The United States shall file an opposition to the Motion for Order to Show Cause by March 2, 2011. Any reply shall be filed by March 7, 2011.

Dated: February 24, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\BRIEFING ORD RE DIANA FEIL'S ORD TO SHOW CAUSE.wpd

1