UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff(s),<br><br>     v.<br><br>SCOTT ERIC FEIL,<br>DIANA EVANGELINE FEIL,<br>STEVEN ARTHUR SWANSON,<br>THOMAS LEE CARTER,<br>BRETT BASSIGNANI,<br><br>         Defendant(s). | No. CR 09-0863 JSW (BZ)<br><br>**ORDER REQUIRING CERTIFICATION OF COMPLIANCE WITH DISCOVERY ORDER** |

Before the Court is the motion of defendant Diana Feil (Docket No. 382), in which other defendants have joined, contending that the Government has not complied with my discovery order (Order)(Docket No. 242). For the reasons explained during the hearing, **IT IS ORDERED** as follows:

1. By **5:00 p.m., on Friday, March 11, 2011,** the Government shall provide a copy of my Order (Docket No. 242) and the underlying discovery motion (Docket No. 165) to each agency which was subject to the Order.

2. By **Friday, March 18, 2011**, the Government shall file

1  a declaration from an appropriate representative of each
2  agency stating that the representative has received the Order
3  and underlying motion and conducted a search for all
4  responsive documents and that all responsive documents have
5  been produced.
6  Dated: March 9, 2011

        _____
              Bernard Zimmerman
         United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\ORD REQUIRING CERTIFICATION OF DISCOVERY
COMPLIANCE RE DIANA FEIL.wpd