

DENIED
Judge Bernard Zimmerman

Any further request for stay must be directed to Judge White.

Dated: March 16, 2011

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0863 JSW BZ  DENYING |
| Plaintiff, | ) ) | [PROPOSED] ORDER ~~GRANTING~~ UNITED STATES' MOTION FOR STAY |
| v. | ) ) | OF THE COURT'S ORDER REQUIRING CERTIFICATION OF COMPLIANCE |
| DIANA FEIL, | ) ) | WITH DISCOVERY ORDER |
| Defendant. | ) ) | Date:  To Be Determined |
| | ) | Time:  To Be Determined |

~~The Court GRANTS the Government's Motion for Stay of the Court's March 9, 2011 Order Requiring Certification of Compliance with Discovery Order (Doc. # 427 (the "Certification Order")). The Certification Order is stayed until one week after the Court rules on the Government's Motion for Clarification of the Certification Order.~~

DATED: _____, 2011

_____
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[PROP.] ORDER GRANT'G U.S.' MOT. STAY ORDER COMPL. DISC. ORDER
NO. CR 09-0863 JSW BZ