

The appropriate representative is the person at each agency responsible for searching and gathering the requested documents. The certification is to the Court by declaration attesting to what was accomplished.

Dated: March 16, 2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0863 JSW BZ **DENYING** |
| Plaintiff, | ) | [PROPOSED] ORDER ~~GRANTING~~ UNITED STATES' MOTION FOR CLARIFICATION |
| v. | ) | |
| DIANA FEIL, | ) | Date: To Be Determined<br>Time: To Be Determined |
| Defendant. | ) | |

The Court will clarify its March 9, 2011 Order ~~Requiring Certification of~~ Compliance ~~with Discovery~~ Order.

DATED: _____, 2011

_____
THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[PROP.] ORDER GRANT'G U.S.' MOT. CLARIFICATION
NO. CR 09-0863 JSW BZ                     -1-