UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff(s),            )<br>                                   )<br>     v.                            )<br>                                   )<br> SCOTT ERIC FEIL,                  )<br> DIANA EVANGELINE FEIL,            )<br> STEVEN ARTHUR SWANSON,            )<br> THOMAS LEE CARTER,                )<br> BRETT BASSIGNANI,                 )<br>                                   )<br>          Defendant(s).            )<br>_____) | No. CR 09-0863 JSW (BZ)<br><br>**ORDER VACATING HEARING** |

**IT IS HEREBY ORDERED** that the hearing on defendant Diana Feil's motion for order to show cause scheduled for March 30, 2011 is **VACATED**.  Defendant may re-file the motion after Judge White rules on the government's appeal, if she believes the motion is still appropriate.

Dated: March 21, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\USA V. FEIL\DIANA FEIL ORDER VACATING HRG ON OSC.wpd

1